■ In the Matter of the Claim of MAURA LUBIN-PERRY, Appellant. COMMISSIONER OF LABOR, Respondent. [988 NYS2d 85]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 6, 2013, which, among other things, ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion

Lahtinen, J.P., Garry, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.